

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| The County of El Paso, | § | No. 08-14-00250-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 243rd District Court |
| Joel Navar, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-1789) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **December 25, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Paul F. Grajeda, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **December 25, 2014.**

IT IS SO ORDERED this 26th day of November, 2014.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.